[No. 28208-5-I.   Division One.   December 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
L. GRAY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00364-0, David A. Nichols, J., entered January 8, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28420-7-I.   Division One.   December 7, 1992.]

CARL B. DODRILL, ET AL, *Plaintiffs*, v. STEPHEN N.
MANNERY, ET AL, *Respondents*, DIANA
MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-14025-0, Michael J. Fox, J., entered November 30, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Agid, J.

[No. 28744-3-I.   Division One.   December 7, 1992.]

THOMAS T. PETTA, *Respondent*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-09267-4, J. Kathleen Learned, J., entered May 29, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Kennedy, J. Now published at 68 Wn. App. 406.

[No. 29237-4-I.   Division One.   December 7, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. MACNEIL
LENN RANDOLPH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02883-1, Jim Bates, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Pekelis, JJ.